No. 95–9082. CAPPS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–9086. COUGHENOUR v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 95–9090. MACKENZIE v. INTERNAL REVENUE SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–9092. FLORES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–9093. HAVENER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–9103. ALSTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–9104. MURRAY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–9112. AUSTIN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 95–9113. ABDUL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–9116. ROBINSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–9120. CARON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–9121. CAMPOS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–9124. WEST v. SEABOLD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–9126. DAVIDSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–9138. JAMES, AKA ISRAEL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–9159. JUVENILE MALE C. L. O. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.